IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANTONIO B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:23CV38 |
| | ) | |
| MARTIN J. O'MALLEY, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion for Judgment on the Pleadings (Docket Entry 7) is **DENIED** and the final decision of the Commissioner is upheld and this action is **DISMISSED WITH PREJUDICE**.

/s/ Joe L. Webster
United States Magistrate Judge

January 9, 2024
Durham, North Carolina